**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Philip A. Geraci
D.W.C.C. H3A DOC No. 591860
670 Bell Hill Road
Homer La 71040

**REHEARING ACTION: July 5, 2017**

**Docket Number: 17   00067-KH**

**STATE OF LOUISIANA**
**VERSUS**
**PHILIP A. GERACI**

**Writ Application from Vernon Parish Case No. 81411**

**BEFORE JUDGES:**

**Hon. John E. Conery**
**Hon. D. Kent Savoie**
**Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Philip A. Geraci** has this day been

**DENIED.**

cc: Hon. Asa Allen Skinner, Counsel for  the Respondent